IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE CO., <br><br> *Plaintiff,* <br><br> v. <br><br> TEMP IT GROUP, LLC, <br><br> *Defendant.* | CIVIL ACTION <br> NO. 24-5499 |

### ORDER

**AND NOW**, this 25th day of November 2025, upon consideration of Mesa Underwriters Specialty Insurance Company's Second Motion for Default Judgment (Dkt. No. 13), it is **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that Default Judgment is entered against Temp It Group, LLC and in favor of Mesa declaring that Mesa has no duty or obligation under insurance policy number MP0037002002152 to defend or indemnify Temp It in the underlying action captioned *Ramirez v. Temp It. Group, LLC, et. al.*, No. MER-L-1981-22 (N.J. Super. Ct., Law Div., Mercer Cty, filed Nov. 22, 2022).

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.